United States District Court
Southern District of Texas
**ENTERED**
March 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

HECTOR MIGUEL SALVADOR TECUN,    §
                                 §
    **Petitioner,**              §
                                 §
VS.                              §    CIVIL ACTION NO. 5:26-CV-00366
                                 §
PAMELA BONDI, *et al.*,          §
                                 §
    **Respondents.**             §

## ORDER & NOTICE OF SETTING

Pending before the Court is Petitioner Hector Miguel Salvador Tecun's ("Petitioner")

Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1.) The Court held a status

conference on March 26, 2026, where Petitioner identified Mr. Carlos Roberto Perez as his

attorney and stated the Mr. Perez filed the instant habeas petition with the Court. (Min. Entry for

Mar. 26, 2026.) Upon further inquiry, the Court was informed that Mr. Perez is an employee of

Ms. Mary Capello, at the Law Office of Mary Capello.

Accordingly, the Court hereby **ORDERS** Mr. Carlos Roberto Perez and Ms. Mary Capello

to appear for a hearing on **April 8, 2026, at 9:00 a.m.** before the undersigned.

The Clerk of Court is **DIRECTED** to mail a copy of this Order by any receipted means to:

Mary Capello
Law Office of Mary Capello
900 NE Loop 410, Suite D101
San Antonio, TX 78209

The Clerk of Court is further **DIRECTED** to mail a copy of this Order to Petitioner by any

receipted means at the following address:

Hector Miguel Salvador Tecun
A240-894-768

Rio Grande Processing Center
1001 San Rio Blvd.
Laredo, TX 78046

IT IS SO ORDERED.

SIGNED this March 30, 2026.

Diana Saldaña
United States District Judge