United States District Court
Southern District of Texas

**ENTERED**

June 08, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **HECTOR MIGUEL SALVADOR TECUN,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00366** |
| | § | |
| **PAMELA BONDI,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On May 7, 2026, counsel for Petitioner Hector Salvador Tecun's ("Petitioner") filed a Notice of Attorney Appearance and Unopposed Motion to Amend Scheduling Order. (Dkt. 16.) Petitioner initially filed a *pro s*e habeas petition on March 11, 2026. (Dkt. 2.) Respondents filed a Motion to Dismiss, or in the Alternative Motion for Summary Judgment on March 19, 2026. (Dkt. 9.) Petitioner retained counsel and, with the assistance of counsel, Petitioner intends to amend the original Petition. (Dkt. 16.) Respondents have indicated they are not opposed to Petitioner filing an amended petition. (*Id.*) Respondents would not be prejudiced by an amendment because they are unopposed. Pursuant to Federal Rule of Civil Procedure 15(a)(2) the Court may freely grant leave to amend where justice so requires. For good cause shown, the Motion is hereby **GRANTED**. Accordingly, the Court enters the below scheduling order:

Petitioner is **ORDERED** to file his Amended Petition on or before **June 15, 2026**. Respondents are **ORDERED** to respond to the Amended Petition **within fourteen (14) days** of the date that the Amended Petition is filed by Petitioner. Petitioner is **ORDERED** to reply **within seven (7) days** of the date that Respondents file their response.

IT IS SO ORDERED.

SIGNED this June 8, 2026.

Diana Saldaña
United States District Judge